■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVERADO WHYTE, Appellant. [680 NYS2d 200] —Judgment, Supreme Court, New York County (Laura Drager, J.), rendered July 11, 1995, convicting defendant, after a jury trial, of attempted burglary in the third degree and possession of burglar's tools, and sentencing him, as a second felony offender, to concurrent prison terms of 1½ to 3 years and 1 year, respectively, unanimously affirmed.

Viewing the evidence in the light most favorable to the People (*People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish defendant's guilt beyond a reasonable doubt. Defendant's intent to commit the burglary and

his joint possession of a crowbar were established by testimony that he stood approximately five feet away, looking up and down the deserted street while his codefendant attempted to break into a restaurant with the crowbar, which was subsequently recovered a few feet away, that they consulted with one another several times during the course of the attempt, and that they both walked briskly away from the scene as the police approached (*see, People v Wachowicz*, 22 NY2d 369; *People v Coulter*, 240 AD2d 756, *lv denied* 91 NY2d 871). Concur—Sullivan, J. P., Rubin, Tom and Saxe, JJ.